Edward J. Maney, Trustee
4020 N. 20th Street, Suite 306
Phoenix, AZ 85016
Telephone (602) 277-3776
ejm@maney13trustee.com

FILED

AUG 2 5 2003

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| GABRIEL MESA | Case No. 03-06804-PHX-JMM |
| SYLVIA SANCHEZ | DISMISSAL ORDER |
| Debtor(s) | |

It having been shown to the Court that the debtor(s') has/have failed to comply with the Court requirement concerning:

Making of interim Plan payments pursuant to General Order 83

**NOW, THEREFORE, IT IS ORDERED that the Petition filed under Chapter 13 of the U.S. Bankruptcy Code on April 22, 2003 is dismissed:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed Reinstatement Order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the debtor(s') motion. The Court may set a hearing on the debtor(s') motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Pursuant to 28 U.S.C. 586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the debtor(s);

(D) After payment of the Trustee's percentage fee, the Trustee will retain the debtor(s') funds pending Court approval of the payment of administrative expenses of the debtor(s') Attorney. If the debtor(s') Chapter 13 Plan contained an Application for the Payment of Administrative Expenses to the debtor(s') Attorney and no party filed an objection to the Application, then the debtor(s') Attorney may lodge an Order approving the Application within ten days after the Court enters this Dismissal Order. Alternatively, the debtor(s') Attorney has ten days from the Court entering this Dismissal Order to file a separate fee application;

(E) If the Court previously entered a Payroll Deduction Order on one or both of the debtor(s') wages, then the Court vacates that Order; and

(F) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings to this case are vacated.

Dated: August 25, 2003.

_____
United States Bankruptcy Judge

CERTIFICATE OF MAILING FOR CASE NO. 03-06804

Copies of the foregoing mailed on the _____ day of _____, 200__ to the following:

Allen D. Butler, Esq.
Law Offices
2342 South McClintock Dr.
Tempe, AZ 85282-
Attorney for Debtor

GABRIEL MESA
1861 N. 61ST DR.
PHOENIX, AZ 85035-
Debtor

SYLVIA SANCHEZ
same as debtor
Co-Debtor

Creditor

By: _____